AUGUST 15, 1990

No. 90–5248 (A–87). WILLIAMS v. CALIFORNIA. Sup. Ct. Cal. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

AUGUST 21, 1990

No. A–126 (89–6324). MOORE v. ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, *ante*, p. 1010. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending this Court's action on the petition for rehearing. The respondent is invited to file a response to the petition for rehearing within 30 days.

AUGUST 30, 1990

No. A–14 (90–272). BROOKS ET AL. v. GEORGIA STATE BOARD OF ELECTIONS ET AL. D. C. S. D. Ga. Application for injunction and stay pending appeal, addressed to JUSTICE WHITE and referred to the Court, denied.

No. A–910 (89–6967). BURKE v. BEYER. C. A. 3d Cir. Application for transfer, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. 89–1080. BOARD OF EDUCATION OF OKLAHOMA CITY PUBLIC SCHOOLS, INDEPENDENT SCHOOL DISTRICT NO. 89, OKLAHOMA COUNTY, OKLAHOMA v. DOWELL ET AL. C. A. 10th Cir. [Certiorari granted, 494 U. S. 1055.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.